# IN THE SUPREME COURT OF THE STATE OF NEVADA

KEJON MAUNTA BROWN,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 82284

FILED

JAN 25 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a pretrial "motion for leave to discharge attorney and appoint attorney outside public defenders [sic] office." Eighth Judicial District Court, Clark County; Cristina D. Silva, Judge.

Because no statute or court rule permits an appeal from an order denying a pretrial motion to discharge attorney and appoint alternate attorney, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court ORDERS this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

21-02202

cc:  Hon. Cristina D. Silva, District Judge
     Clark County Public Defender
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk